Shaun H. Crosner (SBN 259065)
SCrosner@PasichLLP.com
PASICH LLP
1230 Rosecrans Avenue, Suite 690
Manhattan Beach, CA 90266
Telephone: (424) 313-7860
Facsimile: (424) 313-7890

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY R. WHITELEY,<br><br>        Plaintiff,<br><br>    vs.<br><br>USAA CASUALTY INSURANCE COMPANY,<br><br>        Defendant. | Case No. 2:24-cv-00138<br><br>**NOTICE OF INTERESTED PARTIES** |

Pursuant to Federal Rule of Civil Procedure 7.1-1, the undersigned counsel of record for Plaintiff Jeremy R. Whiteley certifies that the following listed parties may have a pecuniary interest in the outcome of this case.

These representations are made to enable the Court to evaluate possible disqualification or recusal.

| Party | Connection/Interest |
|---|---|
| Jeremy R. Whiteley | Plaintiff |
| USAA Casualty Insurance Company | Defendant |

DATED: January 5, 2024          PASICH LLP

By: /s/ Shaun H. Crosner
    Shaun H. Crosner
    Attorneys for Plaintiff