# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY R. WHITELEY, Plaintiff(s) v. USAA CASUALTY INSURANCE COMPANY, Defendant(s). | **CASE NUMBER** 2:24-cv-00138-DSF-E **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

**Andrews, Tae E.** of **PASICH LLP, 286 Madison Avenue, 12th Floor, New York, NY 10017**

*Applicant's Name (Last Name, First Name & Middle Initial)*

(212) 686-5000   (424) 313-7890

*Telephone Number / Fax Number*

TAndrews@PasichLLP.com

*E-Mail Address*

*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

**Plaintiff Jeremy R. Whiteley**

*Name(s) of Party(ies) Represented*  [X] Plaintiff(s)  [ ] Defendant(s)  [ ] Other:

and designating as Local Counsel

**Crosner, Shaun H.** of **PASICH LLP, 1230 Rosecrans Avenue, Suite 690, Manhattan Beach, CA 90266**

*Designee's Name (Last Name, First Name & Middle Initial)*

259065   (424) 313-7860   (424) 313-7890

*Designee's Cal. Bar No. / Telephone Number / Fax Number*

SCrosner@PasichLLP.com

*E-Mail Address*

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

[X] **GRANTED.**

[ ] **DENIED:** [ ] for failure to pay the required fee.
  [ ] for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  [ ] for failure to complete Application: _____
  [ ] pursuant to L.R. 83-2.1.3.2: [ ] Applicant resides in California; [ ] previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  [ ] pursuant to L.R. 83-2.1.3.4; Local Counsel: [ ] is not member of Bar of this Court; [ ] does not maintain office in District.
  [ ] because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** [ ] be refunded [ ] not be refunded.

Dated  1/23/24    /s/ District Judge Dale S. Fischer
                   **U.S. District Judge**