**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Jeremy R. Whiteley | CASE NUMBER: |
| **PLAINTIFF(S)** | 2:24-cv-00138-FLA-MAA |
| v. | |
| USAA Casualty Insurance Company | **ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCES IN FILED DOCUMENT** |
| **DEFENDANT(S).** | |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| 07/02/2024 | 35 | Application for Permission for Electronic Filing |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

☑ The document is stricken
☐ The hearing date has been rescheduled to _____ at _____.
☐ A notice of interested parties shall be filed no later than 5 days from entry of this Order.
☐ Other:

Dated: _____July 15/2024_____          By: _____
                                                United States District Judge