SHAUN H. CROSNER (SBN 259065)
SCrosner@McGuireWoods.com
DARIA CLECICOV (SBN 340760)
DClecicov@McGuireWoods.com
**McGuire Woods LLP**
1800 Century Park East, 8th Floor
Los Angeles, CA 90067
Tel: (310) 315-8200
Fax: (310) 315-8210

Attorneys for Plaintiff,
JEREMY R. WHITELEY

JOSHUA N. KASTAN (SBN 284767)
JNK@dkmlawgroup.com
JESSICA J. ROSS (SBN 313988)
JJR@dkmlawgroup.com
**DKM LAW GROUP, LLP**
50 California Street, Suite 1500
San Francisco, CA 94111
Tel: (415) 421-1100
Fax: (415) 842-0095

Attorneys for Defendant,
USAA CASUALTY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY R. WHITELEY,<br><br>Plaintiff,<br><br>v.<br><br>USAA CASUALTY INSURANCE COMPANY,<br><br>Defendants. | CASE NO. 2:24-cv-00138-FLA-MAA<br><br>**JOINT STIPULATION REGARDING DISPOSITIVE MOTION BRIEFING SCHEDULE**<br><br>Complaint Filed:   January 5, 2024 |

Plaintiff Jeremy R. Whiteley ("Plaintiff") and Defendant USAA Casualty Insurance Company ("USAA CIC") hereby agree and stipulate as follows:

WHEREAS the Court's Initial Scheduling Order (ECF No. 22) disallows the separate submission of cross-motions for summary judgment and requires the parties

-1-
**STIPULATION TO MODIFY SUMMARY JUDGMENT BRIEFING SCHEDULE**
**CASE NO. 2:24-cv-00138-FLA-MAA**

to confer regarding the filing of summary judgment motions (*Id.* at 8-9);

WHEREAS the Court's Initial Scheduling Order permits the parties to stipulate to a modified briefing schedule;

WHEREAS both parties intend to move for summary judgment as to all or part of Plaintiff's breach of contract cause of action, and USAA CIC intends to move for summary judgment as to all of Plaintiff's claims;

WHEREAS the parties have conferred and agreed that Defendant should be permitted to file the opening brief for the Motion for Summary Judgment as to all claims. The parties further agree that Plaintiff should be permitted to then file his Opposition, which would treated and considered as a cross-motion for partial summary judgment as to Defendant's duty to defend, an issue raised in Plaintiff's breach of contract claim. Thereafter each party would have the opportunity to file reply briefing within the scope of the claims or issues for which each party, respectively, seeks summary judgment or partial summary judgment;

WHEREAS the parties have conferred regarding a modified briefing schedule aligned with the requirements of the Initial Scheduling Order and agreed on a hearing date;

NOW, THEREFORE, the parties hereby STIPULATE and AGREE, through their respective counsel, to the following modified briefing schedule and hearing date:

| | |
|---|---|
| Defendant's Motion for Summary Judgment as to all Causes of Action | January 31, 2025 |
| Plaintiff's Opposition/Cross-Motion for Partial Summary Judgment as to Defendant's Duty to Defend | February 14, 2025 |
| Defendant's Reply in support of its Motion for Summary Judgment as to all Causes of Action | February 21, 2025 |
| Plaintiff's Sur-Reply in support of his Motion for Partial Summary Judgment as to Defendant's Duty to Defend | February 28, 2025 |

| Hearing | March 14, 2025 |
|---|---|

SO STIPULATED.

DATED: January 9, 2025      **MCGUIRE WOODS LLP**

By  */s/Daria Clecicov*
SHAUN H. CROSNER
DARIA CLECICOV

Attorneys for Plaintiff,
JEREMY R. WHITELEY

DATED: January 9, 2025      **DKM LAW GROUP, LLP**

By  */s/Joshua N. Kastan*
JOSHUA N. KASTAN
JESSICA J. ROSS

Attorneys for Defendant,
USAA CASUALTY INSURANCE COMPANY

*I, Joshua N. Kastan, as the filer of the instant Stipulation, hereby attest pursuant to L.R. 5-4.3.4(a)(2)(i) that all signatories listed and on whose behalf the filing is submitted concur in the filing's content and have authorized the filing.*