UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY R. WHITELEY,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>USAA CASUALTY INSURANCE COMPANY,<br><br>　　　　　　　Defendant. | Case No. 2:24-cv-00138-FLA (MAAx)<br><br>**ORDER APPROVING JOINT STIPULATION FOR MOTION BRIEFING SCHEDULE [DKT. 43]** |

On the January 10, 2025, the parties filed a Joint Stipulation ("Stipulation") regarding a Dispositive Motion Briefing Schedule. Dkt. 43. The court, having considered the Stipulation, and finding good cause therefor, hereby APPROVES the Stipulation and ORDERS as follows:

1. Defendant's deadline to file its Motion for Summary Judgment shall be January 31, 2025;
2. Plaintiff's deadline to file its Opposition to Defendant's Motion for Summary Judgment/Cross-Motion for Partial Summary Judgment shall be February 14, 2025;
3. Defendant's deadline to file its Reply in support of its Motion for Summary Judgment shall be February 21, 2025;
4. Plaintiff's deadline to file its Sur-Reply in support of its Motion for Partial Summary Judgment shall be February 28, 2025;
5. The hearing on the parties' Motions for Summary Judgment shall be set for March 14, 2025.

IT IS SO ORDERED.

Dated: January 10, 2025

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge