JOSHUA N. KASTAN (SBN 284767)
JNK@dkmlawgroup.com
JESSICA J. ROSS (SBN 313988)
JJR@dkmlawgroup.com
**DKM LAW GROUP, LLP**
50 California St., Suite 1500
San Francisco, CA 94111
Telephone:(415) 421-1100
Facsimile: (415) 842-0095

Attorneys for Defendant,
USAA CASUALTY INSURANCE COMPANY

# IN UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY R. WHITELEY,<br><br>Plaintiff,<br><br>vs.<br><br>USAA CASUALTY INSURANCE COMPANY,<br><br>Defendant. | CASE NO.: 2:24-cv-00138-FLA-MAA<br><br>**DEFENDANT USAA CASUALTY INSURANCE COMPANY'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>**Hearing Date:** March 14, 2025<br>**Hearing Time:** TBD<br>**Crtrm.:** 6B<br>**Judge:** Hon.Aenlle-Rocha<br>**Cmplt. Filed:** Jan. 5, 2024 |

**TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that on March 14, 2025 or as soon thereafter as counsel may be heard by the above-entitled court located at United States Courthouse, 350 West 1st Street, Los Angeles, CA 90012 in Courtroom 6B on the 6th Floor, Defendant USAA Casualty Insurance Company ("USAA CIC") will, and

hereby does, move for Summary Judgment under the Federal Rules of Civil

Procedure Rule 56 as follows:

1.     USAA CIC is entitled to summary judgment on the grounds that

Plaintiff's first cause of action for breach of contract, second cause of action for

breach of the covenant of good faith and fair dealing, and the third cause of action for

declaratory relief, and claim for punitive damages fail as a matter of law because the

uncontroverted facts establish that USAA CIC's duty to defend or indemnify

Whiteley was not triggered by the allegations within the complaint in the underlying

civil lawsuit based on the terms of the subject homeowners and umbrella insurance

policies.

2.     In alternative, USAA CIC is entitled to partial summary judgment of

Plaintiff's first cause of action for breach of contract because the uncontroverted facts

establish that the duty to defend or indemnify Whiteley was not triggered by the

allegations within the complaint in the underlying civil lawsuit based on the terms of

the subject homeowners and umbrella insurance policies, such that no benefits were

owed under the subject policies.

3.     In the alternative, USAA CIC is entitled to partial summary judgment of

Plaintiff's second cause of action for breach of the implied covenant of good faith

and fair dealing because the uncontroverted facts establish that USAA CIC did not

withhold benefits under the policies and conducted a reasonable and prompt

investigation of Plaintiff's claim, reasonably relied on the advice of counsel, and that the parties were engaged in a genuine dispute as to whether USAA CIC's duty to defend Whiteley in the underlying suit was triggered.

4.    In the alternative, USAA CIC is entitled to partial summary judgment of Plaintiff's third cause of action for declaratory relief because any declaratory relief in Whiteley's favor would be an incorrect statement as a matter of law.

5.    In the alternative, USAA CIC is entitled to partial summary judgment of Plaintiff's punitive damages claim because the uncontroverted facts establish that there is no clear and convincing evidence that USAA CIC engaged in any conduct that amounts to fraud, oppression, or malice in its handling of the claim, nor is there any evidence of the advance knowledge and ratification of any conduct by USAA CIC by an officer, director, or managing agent, as required under California law.

This Motion will be based upon this Notice of Motion and Motion, Memorandum of Points and Authorities in Support of the Motion, the Separate Statement of Uncontroverted Facts, the Index of Evidence in Support of the Motion, the Declaration of Barbara Gonzalez and the accompanying exhibits, the Declaration of Jessica J. Ross and the accompanying exhibit, all pleadings and papers on file herein, and other matters as may be presented to the Court before and at the Motion hearing.

//

## <u>CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7-3</u>

This Motion is made following a conference of counsel pursuant to Local Rule 7-3 and this Court's Initial Standing Order, which took place by way of telephone conference on December 12, 2024 and multiple follow-up email correspondence thereafter. (Declaration of Jessica J. Ross ¶6.)

Dated:  January 31, 2025         **DKM LAW GROUP, LLP**


By: */s/Jessica J. Ross*
JOSHUA N. KASTAN (SBN 284767)
JNK@dkmlawgroup.com
JESSICA J. ROSS (SBN 313988)
JJR@dkmlawgroup.com
Attorneys for Defendant,
USAA CASUALTY INSURANCE
COMPANY