```
JOSHUA N. KASTAN (SBN 284767)
JNK@dkmlawgroup.com
JESSICA J. ROSS (SBN 313988)
JJR@dkmlawgroup.com
DKM LAW GROUP, LLP
50 California St., Suite 1500
San Francisco, CA 94111
Telephone: (415) 421-1100
Facsimile: (415) 842-0095

Attorneys for Defendant,
USAA CASUALTY INSURANCE COMPANY
```

# IN UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| JEREMY R. WHITELEY,<br><br>Plaintiff,<br><br>vs.<br><br>USAA CASUALTY INSURANCE COMPANY,<br><br>Defendant. | CASE NO.: 2:24-cv-00138-FLA-MAA<br><br>**DEFENDANT USAA CASUALTY INSURANCE COMPANY'S INDEX OF EVIDENCE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>**Hearing Date:** March 14, 2025<br>**Hearing Time:** TBD<br>**Crtrm.:** 6B<br>**Judge:** Hon. Aenlle-Rocha<br>**Cmplt. Filed:** Jan. 5, 2024 |
|---|---|

Defendant USAA Casualty Insurance Company ("USAA CIC") respectfully submits its Index of Evidence in support of its Motion for Summary Judgment.

## INDEX OF EVIDENCE

**DECLARATION OF JESSICA J. ROSS**

| **Exhibit 1** | Homeowners Policy for the property located at 6721 E McDowell Road, Unit 322C, Scottsdale, Arizona 85257, Policy No. 00777 83 75 90A, effective from September 1, 2021 through September 1, 2022.<br><br>Declaration of Jessica J. Ross ("Ross Decl."), ¶3. |
|---|---|

| | | |
|---|---|---|
| | **Exhibit 2** | Umbrella Policy, No. 007778375-70U, effective from January 16, 2022 through May 13, 2022.<br><br>Ross Decl., ¶4. |
| | **Exhibit 17** | Deposition Transcript of Mark Israel, dated November 21, 2024.<br><br>Ross Decl., ¶5. |

DECLARATION OF BARBARA GONZALEZ

| | |
|---|---|
| **Exhibit 3** | Complaint in *Breaking Code Silence v. Katharine McNamara, and Jeremy Whiteley*, filed March 28, 2022 in United States District Court for the Central District of California, Case No. 2:22-cv-002052.<br><br>Declaration of Barbara Gonzalez in Support of USAA's Motion for Summary Judgment ("Gonzalez Decl."), ¶6. |
| **Exhibit 4** | C-COM Messages within USAA CIC's Claim File, dated April 21, 2022, regarding Whiteley's initial loss report.<br><br>Gonzalez Decl., ¶6. |
| **Exhibit 5** | USAA CIC Activity Log Documentation Number 5, dated April 22, 2022, regarding Kaczmarek's assignment to Whiteley's claim and initial investigation and impressions of the same.<br><br>Gonzalez Decl., ¶7. |
| **Exhibit 6** | USAA CIC Activity Log Documentation Number 12, dated April 22, 2022, regarding Kaczmarek's call with Whiteley.<br><br>Gonzalez Decl., ¶8. |
| **Exhibit 7** | C-COM Messages within USAA CIC's Claim File, dated April 22, 2022, regarding Whiteley's dispute of Kaczmarek's initial statements regarding coverage. |

| | | |
|---|---|---|
| | | Gonzalez Decl., ¶8. |
| | **Exhibit 8** | USAA CIC Activity Log Documentation Number 14, dated April 22, 2022, concerning Resolve Legal Question template completed by Kaczmarek.<br><br>Gonzalez Decl., ¶9. |
| | **Exhibit 9** | USAA CIC Activity Log Documentation Number 17, dated April 22, 2022, concerning Resolve Legal Question template completed by Kathryn Mashaw.<br><br>Gonzalez Decl., ¶9. |
| | **Exhibit 10** | USAA CIC Activity Log Documentation Numbers 19-20, dated April 23, 2022, concerning Gonzalez's review of file.<br><br>Gonzalez Decl., ¶10. |
| | **Exhibit 11** | USAA CIC Activity Log Documentation Number 23, dated April 26, 2022, concerning Kaczmarek's contact with law firm.<br><br>Gonzalez Decl., ¶11. |
| | **Exhibit 12** | C-COM Messages within USAA CIC's Claim File, dated April 26, 2022, between Kaczmarek and Whiteley.<br><br>Gonzalez Decl., ¶12. |
| | **Exhibit 13** | USAA CIC Activity Log Documentation Numbers 1, 4, and 6 for L/R #30, dated April 27, 2022, concerning Resolve Legal Question template completed by Kaczmarek.<br><br>Gonzalez Decl., ¶13. |
| | **Exhibit 14** | USAA CIC Activity Log Documentation Numbers 10 for L/R #30, dated April 27, 2022, concerning Resolve Legal Question template completed by Holmes. |

| | | |
|---|---|---|
| | | Gonzalez Decl., ¶14. |
| | **Exhibit 15** | USAA CIC Activity Log Documentation Number 14 for L/R #30, dated April 28, 2022.<br><br>Gonzalez Decl., ¶15. |
| | **Exhibit 16** | USAA CIC Activity Log Documentation Number 37, dated April 27, 2022.<br><br>Gonzalez Decl., ¶16. |
| | **Exhibit 18** | C-COM Messages within USAA CIC's Claim File, dated May 3, 2022.<br><br>Gonzalez Decl., ¶17. |
| | **Exhibit 19** | USAA CIC Activity Log Documentation Number 59, dated May 10, 2022.<br><br>Gonzalez Decl., ¶18. |
| | **Exhibit 20** | C-COM Messages within USAA CIC's Claim File, dated May 12, 2022.<br><br>Gonzalez Decl., ¶19. |
| | **Exhibit 21** | USAA CIC Activity Log Documentation Number 72, dated May 16, 2022.<br><br>Gonzalez Decl., ¶20. |
| | **Exhibit 22** | Draft Response Letter prepared by Mark Israel and sent to Kaczmarek as an attachment to May 16, 2022 e-mail correspondence.<br><br>Gonzalez Decl., ¶20. |
| | **Exhibit 23** | USAA CIC Activity Log Documentation Number 74, dated May 16, 2022. |

| | |
|---|---|
| | Gonzalez Decl., ¶21. |
| **Exhibit 24** | Correspondence from USAA CIC to Whiteley and his counsel, dated May 17, 2022.<br><br>Gonzalez Decl., ¶22. |
| **Exhibit 25** | USAA CIC Activity Log Documentation Number 77, dated May 17, 2022.<br><br>Gonzalez Decl., ¶23. |
| **Exhibit 26** | USAA CIC Activity Log Documentation Numbers 87-88, dated May 20-27, 2022.<br><br>Gonzalez Decl., ¶24. |
| **Exhibit 27** | Written correspondence from Whiteley's counsel to USAA CIC, dated September 21, 2023.<br><br>Gonzalez Decl., ¶25. |
| **Exhibit 28** | USAA CIC Activity Log Documentation Numbers 112, 113 and 115, dated September 21-22, 2023.<br><br>Gonzalez Decl., ¶25. |
| **Exhibit 29** | USAA CIC Activity Log Documentation Number 134, dated November 9, 2023.<br><br>Gonzalez Decl., ¶26. |
| **Exhibit 30** | Draft response letter to Whiteley's counsel, prepared by Mark Israel and sent to USAA CIC as an attachment to his November 9, 2023 e-mail correspondence.<br><br>Gonzalez Decl., ¶26. |

| | |
|---|---|
| **Exhibit 31** | Written correspondence from USAA CIC to Whiteley's counsel, dated November 9, 2023.<br><br>Gonzalez Decl., ¶27. |

Dated: January 31, 2025        **DKM LAW GROUP, LLP**

                                      By: */s/Jessica J. Ross*
                                      JOSHUA N. KASTAN (SBN 284767)
                                      JNK@dkmlawgroup.com
                                      JESSICA J. ROSS (SBN 313988)
                                      JJR@dkmlawgroup.com
                                      Attorneys for Defendant,
                                      USAA CASUALTY INSURANCE COMPANY

**DEFENDANT USAA CIC'S NOTICE OF MOTION FOR SUMMARY JUDGMENT**
**CASE NO. 2:24-cv-00138-FLA-MAA**