JOSHUA N. KASTAN (SBN 284767)
JNK@dkmlawgroup.com
JESSICA J. ROSS (SBN 313988)
JJR@dkmlawgroup.com
**DKM LAW GROUP, LLP**
50 California St., Suite 1500
San Francisco, CA 94111
Telephone: (415) 421-1100
Facsimile: (415) 842-0095

Attorneys for Defendant,
USAA CASUALTY INSURANCE COMPANY

# IN UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY R. WHITELEY,<br><br>Plaintiff,<br><br>vs.<br><br>USAA CASUALTY INSURANCE COMPANY,<br><br>Defendant. | CASE NO.: 2:24-cv-00138-FLA-MAA<br><br>**[PROPOSED] JUDGMENT FOR DEFENDANT USAA CASUALTY INSURANCE COMPANY AND ORDER GRANTING ITS MOTION FOR SUMMARY JUDGMENT**<br><br>**[DKT. #45]**<br><br>**Hearing Date:** March 14, 2025<br>**Hearing Time:** TBD<br>**Crtrm.:** 6B<br>**Judge:** Hon. Aenlle-Rocha<br>**Cmplt. Filed:** Jan. 5, 2024 |

On January 31, 2025, Defendant USAA Casualty Insurance Company ("USAA CIC") filed its Moton for Summary Judgment as to all causes of action alleged by Plaintiff Jeremy R. Whiteley ("Whiteley"), including breach of contract, breach of the implied covenant of good faith and fair dealing, declaratory relief, amd punitive damages.

-1-

The Court, having considered USAA CIC's Motion for Summary Judgment and finding good cause therefor, hereby GRANTS the Motion and ORDERS as follows:.

1. As USAA CIC's duty to defend or indemnify Whiteley was not triggered by the allegations within the complaint in the underlying civil lawsuit based on the terms of the subject homeowners and umbrella insurance policies, USAA CIC is entitled to summary judgment and its Motion is GRANTED as to Whiteley's first cause of action for breach of contract, and Whiteley's Motion for Partial Summary Judgment is DENIED.

2. As there has been no withholding of benefits under the subject homeowners and umbrella insurance policies and as USAA CIC acted reasonably in its handling of Whiteley's claim and the parties were engaged in a genuine dispute as to whether USAA CIC's duty to defend Whiteley in the underlying suit was triggered, USAA CIC is entitled to summary judgment and its Motion is GRANTED as to Whiteley's second cause of action for breach of the implied covenant of good faith and fair dealing.

3. As, following the Court's ruling above, any declaratory relief in Whiteley's favor would be an incorrect statement as a matter of law, USAA CIC is entitled to summary judgment and its Motion is GRANTED as to Whiteley's third cause of action for declaratory relief.

4. As Whiteley can provide no evidence that USAA CIC engaged in any conduct that amounts to fraud, oppression, or malice in its handling of the claim, nor advance knowledge and ratification of any conduct by USAA CIC by an officer, director, or managing agent to the requisite clear and convincing standard, USAA CIC is entitled to summary judgment and its Motion is GRANTED as to Whiteley's claim for punitive damages.

5. All of Whiteley's causes of action having been summarily adjudicated in favor of USAA CIC, there are no remaining triable issues before this Court in this matter and judgment shall enter for USAA CIC.

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge