| | |
|---|---|
| 1 | JOSHUA N. KASTAN (SBN 284767) |
| 2 | JNK@dkmlawgroup.com |
|   | JESSICA J. ROSS (SBN 313988) |
| 3 | JJR@dkmlawgroup.com |
| 4 | **DKM Law Group, LLP** |
|   | 50 California St., Suite 1500 |
| 5 | San Francisco, CA 94111 |
|   | Tel: (415) 421-1100 |
| 6 | Fax: (415) 842-0095 |
| 7 | |
|   | Attorneys for Defendant, |
| 8 | USAA CASUALTY INSURANCE COMPANY |

IN UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY R. WHITELEY, | CASE NO. 2:24-cv-00138-FLA-MAA |
| Plaintiff, | **DECLARATION OF SERVICE** |
| vs. | |
| USAA CASUALTY INSURANCE COMPANY, | |
| Defendant. | |

I the undersigned hereby declare that I am employed in San Francisco County, California, am over the age of 18, and not a party to the within action. My business address is 50 California Street, Suite 1500, San Francisco, CA 94111. On January 31, 2025, I caused served the following document(s):

**DEFENDANT USAA CASUALTY INSURANCE COMPANY'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT USAA CASUALTY INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT**

**DEFENDANT USAA CASUALTY INSURANCE COMPANY'S STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

**DEFENDANT USAA CASUALTY INSURANCE COMPANY'S INDEX OF EVIDENCE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

**DECLARATION OF JESSICA J. ROSS IN SUPPORT OF DEFENDANT USAA CASUALTY INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT**

**DECLARATION OF BARBARA GONZALEZ IN SUPPORT OF DEFENDANT USAA CASUALTY INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT**

**[PROPOSED] JUDGMENT FOR DEFENDANT USAA CASUALTY INSURANCE COMPANY AND ORDER GRANTING ITS MOTION FOR SUMMARY JUDGMENT**

and served as follows:

<u>  X  </u>   via email

<u>  X  </u>   via CM/ECF

<u>        </u>   via U.S. mail

<u>        </u>   via legal messenger

<u>        </u>   via FedEx Overnight

On parties/counsel listed below at the following address:

| | |
|---|---|
| Shaun H. Crosner, SBN 259065<br>Daria Clecicov, SBN 340760<br>**McGUIRE WOODS LLP**<br>1800 Century Park E, 8th Floor<br>Los Angeles, CA 90067<br>Tel: (310) 315-8200<br>scrosner@mcguirewoods.com<br>dclecicov@mcguirewoods.com | **Attorney for Plaintiff** |

-2-
**DECLARATION OF SERVICE**
**Case No. 2:24-cv-00138-FLA-MAA**

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

DATED January 31, 2025 at San Francisco, California.

                                                */s/ Oliver C. Hart*
                                                Oliver Charles Hart