INTERNET ARCHIVE WaybackMachine https://www.unsilenced.org/our-team/ Go
15 captures
2 Feb 2022 - 10 Nov 2023
JAN FEB APR
2021 02 2022 2023
About this capture



# OUR TEAM



**MOLLY ROSE**

SENIOR DIRECTOR OF STAFF AND VOLUNTEERS

BIO

**RYAN SKOLNICK**

ORGANIZATIONAL PROJECT MANAGER

BIO



**EMILY MURPHY**

SR. DIRECTOR OF COMMUNICATIONS

BIO



**SASHA OATES**

COMMUNICATIONS

BIO



**KRISTIN SCHWAB**

COMMUNICATIONS

BIO



**AMANDA BOYLES**

SOCIAL MEDIA

BIO



**KYRA FRANKOWSKI**

SOCIAL MEDIA

BIO



**EMMANUEL MONNERON**

ADVOCACY

BIO



**WILLIAM BRATCHER JR**

PROJECT MANAGER

BIO



**JEREMY WHITELEY**

OPERATIONS

BIO



**RACHAEL CHAMBERLIN-BEE**

ORG. PROJECT MANAGER

BIO



**SIMONE HIRSEKORN**

PROJECT MANAGER

BIO



**ELISA HUNT**

PROJECT MANAGER

BIO



**CHELSEA MALDONADO**

DIRECTOR OF INVESTIGATIONS

BIO



**SOLIS PAPAGIAN**

DEVELOPMENT

BIO



**ZOE SCHREIBER**

POLICY

BIO

**SARAH SPENCE**

POLICY & ADVOCACY

BIO



**CHELSEA B-K**

POLICY

BIO



**LEAH DERMODY**

REGIONAL PROJECT MANAGER

BIO



**BILL BOYLES JR**

INFORMATION TECHNOLOGY

BIO



**CHRIS FIELDS**

INFORMATION TECHNOLOGY

BIO

**KATHERINE MCNAMARA**

INFORMATION TECHNOLOGY

BIO

Unsilenced Project, Inc. ("Unsilenced") is a California nonprofit public benefit corporation operating through a fiscal sponsorship with Players Philanthropy Fund (Federal Tax ID: 27-6601178), a Maryland charitable trust recognized by the IRS with federal tax-exempt status as a public charity under Section 501(c)(3). Contributions to Unsilenced are tax-deductible to the fullest extent of the law.

The information provided within UnSilenced.org is for general informational purposes only. All information is provided in good faith. However, we do not warrant, endorse, guarantee, or assume responsibility for the accuracy or reliability of any information offered by third-party posters, testimonials, comments, or submissions. Most information posted reflects the opinion of the writer and does not directly reflect the views, or positions of the owners of UnSilenced.org. READ MORE

DONATE

CONTACT US

© Copyright 2021 - 2022

WHITELEY_0689200