■ CT  **April 22, 2022 at 10:59 a.m.**   WRCOM - WRCOM         Documentation Number 11

```
Claims Property Automated Init
Status: Submitted
Address:
Delivery Option: Email
Channel Info: jeremywhiteley@me.com
```



**Available Actions**
Claims Documentation
Start New Conversation
Refresh Page
Close Page

 **USAA   April 22, 2022 at 10:59 a.m. CT   View Conversation**
This is a copy of a letter that was emailed to you.

[PDF] Claims Pr...PDF (149.61 KB)

■ CT  **April 22, 2022 at 11:56 a.m.**   66822 - John Kaczmarek         Documentation Number 12

```
obc to ni to disc loss details
ni states he rcvd the lawsuit yesterday
ni states that he never accessed any of the servers that the plaintiff
is accusing him of
Breaking Code Silence does not own the domain, it is owned by another
company
ni stats that he used to be on the board and that he
left last June due to discrimination and harassment by the CEO
ni claims the CEO was making remarks and comments behind ni's back that
he found out about
in his resignation letter ni states that he included the the reason he
was leaving was due to harassment from the CEO
ni believes the he is included in the suit because of this and that the
CEO is retaliating against him
ni states that Katherine owns the domain name
ni set up a webserver last spring for BCS and placed a google analytics
tag on the website which he gave to BCS
ni has reached out to an atty for legal guidance and representation

advsd ni that based on the suit and the wording of the policy, there
does not appear to be coverage for the loss or legal representation as
the loss does not meet the definition of an occurrence under the policy

ni inq about covg under the umbrella policy
explained umbrella policy carries the same covgs as a HO policy

advsd ni that I will need to have a legal resolve completed and once
complete, I will advise of outcome of our covg rvw
```

WHITELEY_CF_004