Shaun H. Crosner (SBN 259065)
SCrosner@McGuireWoods.com
Daria Clecicov (SBN 340760)
DClecicov@McGuireWoods.com
McGuireWoods LLP
1800 Century Park East 8th Floor,
Los Angeles, CA 90067
Telephone: (310) 315-8200
Facsimile: (310) 315-8210

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY R. WHITELEY,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>USAA CASUALTY INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No. 2:24-cv-00138- FLA-MAA<br><br>Assigned to the Honorable Fernando L. Aenlle-Rocha<br><br>**JEREMY WHITELEY'S NOTICE OF CROSS-MOTION AND CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>*[Filed concurrently with Memorandum of Points & Authorities; Evidentiary Objections; Responsive Separate Statement; Declarations of S. Crosner, J Schratz, & J. Whiteley; [Proposed] Order]*<br><br>Date:　　March 14, 2025<br>Time:　　1:30p.m.<br>Ctrm:　　6B<br><br>Complaint Filed on January 5, 2024 |

**NOTICE OF CROSS-MOTION AND CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT**

TO THE ABOVE-ENTITLED COURT AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on March 14, 2025 at 1:30 p.m., or as soon thereafter as the matter may be heard in Courtroom 6B of the United States District Court for the Central District of California, located at 350 West First Street, Los Angeles, California, Plaintiff Jeremy Whiteley will and does move the Court for an order granting partial summary judgment establishing that Defendant had a duty to defend the underlying lawsuit titled *Breaking Code Silence v. McNamara*, Case No. 2:22-cv-002052, in the Central District of California.  Plaintiff is entitled to partial summary judgment regarding Defendant's duty to defend because Defendant has failed to raise a triable issue of fact and Plaintiff is entitled to judgment as a matter of law.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on December 12, 2024. Declaration of Jessica J. Ross ("Ross Decl."), ¶ 6.

This motion is based on this Notice of Motion and Motion, the attached Memorandum of Points and Authorities, the concurrently-filed Declarations of Jeremy Whiteley, Jim Schratz, and Shaun Crosner, Jeremy Whiteley's Statement of Genuine Disputes and Responsive Statement of Uncontroverted Facts In Support of His Opposition to USAA's Motion for Summary Judgment and His Cross-Motion for Partial Summary Judgment, and such other and additional evidence and argument as may be properly presented in support of the motion.

DATED: February 14, 2025

McGuireWoods LLP

By: */s/ Shaun H. Crosner*
Shaun H. Crosner
Attorneys for Plaintiff

NOTICE OF CROSS-MOTION AND CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT