# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY R. WHITELEY<br><br>Plaintiff(s),<br><br>v.<br><br>USAA CASUALTY INSURANCE COMPANY<br><br>Defendant(s). | CASE NUMBER:<br><br>2:24–cv–00138–FLA–MAA<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   2/14/2025

Document No.:   52

Title of Document:    Motion Related Document by Plaintiff Jeremy R. Whiteley

**ERROR(S) WITH DOCUMENT:**

Hearing information is missing, incorrect, or untimely.

Incorrect event selected. Correct event to be used is: Motion: Partial Summary Judgment

Filing was "CROSS" motion for partial summary judgment. However due to incorrect event, the "cross" motion was not set on Judge's Motion calendar for hearing or ruling.

Other:

Note: To assist in a search for correct events, please use the "SEARCH" option for a "key word" to narrow the selection process

**Note:** In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: February 18, 2025          By:  /s/ *Linda Chai  Linda_Chai@cacd.uscourts.gov*
                                         Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

G–112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS