Shaun H. Crosner (SBN 259065)
SCrosner@McGuireWoods.com
Daria Clecicov (SBN 340760)
DClecicov@McGuireWoods.com
McGuireWoods LLP
1800 Century Park East, 8th Floor,
Los Angeles, CA 90067
Telephone: (310) 315-8200
Facsimile: (310) 315-8210

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY R. WHITELEY,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>USAA CASUALTY INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No. 2:24-cv-00138- FLA-MAA<br><br>Assigned to the Honorable Fernando L. Aenlle-Rocha<br><br>**NOTICE OF ERRATA REGARDING JEREMY WHITELEY'S EVIDENTIARY OBJECTIONS TO THE EVIDENCE CITED BY USAA IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT [DKT. 48]**<br><br>Date:　March 14, 2025<br>Time:　1:30p.m.<br>Ctrm:　6B<br><br>Complaint Filed on January 5, 2024 |

**NOTICE OF ERRATA REGARDING PLAINTIFF'S EVIDENTIARY OBJECTIONS**

TO THE HONORABLE COURT, DEFENDANT USAA CASUALTY INSURANCE COMPANY, AND ITS COUNSEL OF RECORD:

    PLEASE TAKE NOTE that Plaintiff Jeremy Whiteley inadvertently failed to file a proposed order along with his Evidentiary Objections to the Evidence Cited by USAA In Support of Its Motion for Summary Judgment [Docket No. 48], which was filed on February 14, 2025 (Plaintiff's "Evidentiary Objections").  Attached as Exhibit A to this Notice is a copy of Mr. Whiteley's Proposed Order that was omitted from Plaintiff's February 14, 2025, filings.  Plaintiff respectfully requests that the Court treat Exhibit A as if it was filed on February 14, 2025, along with his Evidentiary Objections.  Alternatively, Plaintiff respectfully requests leave to re-file his Evidentiary Objections so that he can concurrently file the Proposed Order attached hereto as Exhibit A.

    Pursuant to the Court's Standing Order, Plaintiff's counsel will submit a Word version of Exhibit A to the Court.

    Plaintiff and his counsel apologize for any inconvenience this oversight may have caused Defendant, its counsel, or the Court.

DATED: February 18, 2025    McGuireWoods LLP

By: */s/ Shaun H. Crosner*
Shaun H. Crosner
Attorneys for Plaintiff