# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY R. WHITELEY<br><br>PLAINTIFF(S)<br>v.<br>USAA CASUALTY INSURANCE COMPANY<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:24−cv−00138−FLA−MAA<br><br>**ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| 02/14/2025 | 52 | Motion Related Document by Plaintiff Jeremy R. Whiteley |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

☐ The document is stricken
☐ The hearing date has been rescheduled to _____ at _____.
☐ A notice of interested parties shall be filed no later than 5 days from entry of this Order.
☑ Other:

Refer to CM/ECF Docket No. 53.
File an Amended Motion and use the correct event code so the Motion appears on the Judge's Motion calendar.

Dated:  2/20/2025                   By: _____
                                         United States District Judge

G-112B (07/24)                ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT