JOSHUA N. KASTAN (SBN 284767)
JNK@dkmlawgroup.com
JESSICA J. ROSS (SBN 313988)
JJR@dkmlawgroup.com
**DKM Law Group, LLP**
50 California St., Suite 1500
San Francisco, CA 94111
Telephone:(415) 421-1100
Facsimile: (415) 842-0095

Attorneys for Defendant,
USAA CASUALTY INSURANCE COMPANY

# IN UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY R. WHITELEY,<br><br>Plaintiff,<br><br>vs.<br><br>USAA CASUALTY INSURANCE COMPANY,<br><br>Defendant. | CASE NO.: 2:24-cv-00138-FLA-MAA<br><br>**DEFENDANT USAA CASUALTY INSURANCE COMPANY'S SEPARATE STATEMENT OF EVIDENTIARY OBJECTIONS** |

| | |
|---|---|
| **Hearing Date:** | March 14, 2025 |
| **Hearing Time:** | TBD |
| **Crtrm.:** | 6B |
| **Judge:** | Hon.Aenlle-Rocha |
| **Cmplt. Filed:** | Jan. 5, 2024 |

Defendant USAA Casualty Insurance Company ("USAA CIC") respectfully submits its Separate Statement of Evidentiary Objections, pursuant to the Court's Initial Standing Order [Dkt. 22]:

| Items Objected To | Objection |
|---|---|
| Declaration of Jim Schratz, Dkt. 49 at ¶¶20, 21, 22, 23, 24, 28, 29. | Improper expert opinion as to the interpretation of a contract.<br><br>FRE 702; *Waller v. Truck Ins. Exch.* (1995) 11 Cal.4th 1, 18; *Aya Healthcare Services Inc. v. AMN Healthcare, Inc.*, 613 F.Supp.3d 1308, 1320 (S.D. Cal. 2020); *Aguilar v. Int'l Longshoremen's Union Local No. 10*, 966 F.2d 443, 447 (9th Cir. 1992); *Chatton v. National Union Fire Ins. Co.*, 10 Cal.App.4th 846, 865 (1992); *California Shoppers, Inc. v. Royal Globe Ins. Co.*, 175 Cal.App.3d 1, 35 (1985). |

Dated:  February 21, 2025              **DKM LAW GROUP, LLP**


By: /s/Jessica J. Ross
  JOSHUA N. KASTAN (SBN 284767)
  JNK@dkmlawgroup.com
  JESSICA J. ROSS (SBN 313988)
  JJR@dkmlawgroup.com
  Attorneys for Defendant,
  USAA CASUALTY INSURANCE
  COMPANY