Shaun H. Crosner (SBN 259065)
SCrosner@McGuireWoods.com
Daria Clecicov (SBN 340760)
DClecicov@McGuireWoods.com
McGuireWoods LLP
1800 Century Park East, 8th Floor
Los Angeles, CA 90067
Telephone: (310) 315-8200
Facsimile: (310) 315-8210

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY R. WHITELEY,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>USAA CASUALTY INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No. 2:24-cv-00138- FLA-MAA<br><br>Assigned to the Honorable Fernando L. Aenlle-Rocha<br><br>**NOTICE OF ERRATA REGARDING EXHIBIT A TO THE DECLARATION OF SHAUN CROSNER FILED IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND PLAINTIFF'S CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT [DKT. 51-1]**<br><br>Date:　March 14, 2025<br>Time:　1:30p.m.<br>Ctrm:　6B<br><br>Complaint Filed on January 5, 2024 |

**NOTICE OF ERRATA REGARDING EXHIBIT A TO THE DECLARATION OF SHAUN CROSNER**

TO THE HONORABLE COURT, DEFENDANT USAA CASUALTY INSURANCE COMPANY, AND ITS COUNSEL OF RECORD:

PLEASE TAKE NOTE that Plaintiff Jeremy Whiteley inadvertently omitted two pages—specifically, pages 154 and 155 of the transcript of USAA's 30(b)(6) deposition taken on November 22, 2024—from Exhibit A to the Declaration of Shaun Crosner filed on February 14, 2025.  ECF No. 51-1.  Although the pertinent portions of these two pages were quoted in Mr. Whiteley's Memorandum of Points and Authorities in Opposition to USAA's Motion for Summary Judgment and in Support of His Cross-Motion for Partial Summary Judgment, *see* ECF No. 46 at 13, Mr. Whiteley inadvertently omitted those two pages from Exhibit A to Mr. Crosner's Declaration.

Attached as Exhibit 1 to this Notice is a copy of the corrected Exhibit A to the Declaration of Shaun Crosner, which includes the two missing pages.  Plaintiff respectfully requests that the Court treat Exhibit 1 as if it was filed on February 14, 2025, along with the Declaration of Shaun Crosner.  Alternatively, Plaintiff respectfully requests leave to re-file the Declaration of Shaun Crosner and the corresponding corrected version of Exhibit A.

Plaintiff and his counsel apologize for any inconvenience this oversight may have caused Defendant, its counsel, or the Court.

DATED: February 28, 2025

McGuireWoods LLP

By: */s/ Shaun H. Crosner*
Shaun H. Crosner
Attorneys for Plaintiff