UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY R. WHITELEY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>USAA CASUALTY INSURANCE COMPANY,<br><br>　　　　　　Defendant. | Case No. 2:24-cv-00138-FLA (MAAx)<br><br>**ORDER APPROVING STIPULATION TO EXTEND CASE SCHEDULE [DKT. 68]** |

　　　　On October 15, 2025, the parties filed a Stipulation and Request to Extend the Case Schedule ("Stipulation"). Dkt. 68. The Stipulation sought the court's approval of Defendant USAA Casualty Insurance Company's ("Defendant") unopposed request to extend the court's October 9, 2025 Amended Order re: Schedule of Pretrial and Trial Dates (Dkt. 67) by approximately sixty (60) days. As a basis for this request, counsel advised the court that since the court issued its order on the parties' Cross-Motions for Summary Judgment ("Cross-Motions") on October 7, 2025 (Dkt. 66), the parties have set a November 7, 2025 private mediation. Counsel further advised the court that all fact discovery and Rule 26 expert disclosures are complete, but expert depositions have not yet occurred. In addition, Defendant's counsel reported several

preexisting trial conflicts in January 2026 and February 2026 that conflict with the January 13, 2026 trial date the court set in this action on October 9, 2025.

The court, having considered the parties' Stipulation and finding good cause therefor, hereby APPROVES the Stipulation and ORDERS the dates set forth in the court's Amended Order re: Schedule of Pretrial and Trial Dates (Dkt. 67) are hereby amended as follows:

| EVENT | CURRENT DATE (Dkt. 67) | NEW DATE |
|---|---|---|
| Expert deposition cutoff | *None* | December 31, 2025 |
| Trial Filings (first round) | November 21, 2025 | January 16, 2026 |
| Trial Filings (second round) | December 5, 2025 | January 30, 2026 |
| Final Pretrial Conference | December 19, 2025 at 1:00 p.m. | February 13, 2026 at 1:00 p.m. |
| Jury Trial (est. 3 days) | January 13, 2026 at 8:30 a.m. | March 10, 2026 at 8:30 a.m. |

IT IS SO ORDERED.

Dated: October 21, 2025

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge