Shaun H. Crosner (SBN 259065)
SCrosner@McGuireWoods.com
Daria Clecicov (SBN 340760)
DClecicov@McGuireWoods.com
McGuireWoods LLP
1800 Century Park East, 8th Floor
Los Angeles, CA 90067
Telephone: (310) 315-8200
Facsimile: (310) 315-8210

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY R. WHITELEY,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>USAA CASUALTY INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No. 2:24-cv-00138-FLA-MAA<br><br>Assigned to All Purposes to Hon. Fernando L. Aenlle-Rocha<br><br>**JOINT NOTICE OF CONDITIONAL SETTLEMENT AND REQUEST TO VACATE TRIAL AND PRETRIAL DATES PENDING DISMISSAL**<br><br>Complaint Filed on January 5, 2024 |

**JOINT NOTICE OF CONDITIONAL SETTLEMENT**

TO THIS HONORABLE COURT:

PLEASE TAKE NOTICE that Plaintiff Jeremy R. Whiteley ("Whiteley") and Defendant USAA Casualty Insurance Company ("USAA"), by and through their respective counsel of record, hereby provide notice to the Court that they have reached a settlement in principle of the claims asserted in this case and are working to document their agreement through a long-form settlement agreement.  The Parties respectfully request that the Court vacate all outstanding dates and deadlines— including, specifically, the trial and pretrial conference dates—to allow the Parties to finalize a settlement agreement, effectuate its terms, and, within the next 30-45 days, present the Court with a stipulation of dismissal of the entire action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  The Parties further request the Court retain jurisdiction of this case until that stipulation is filed and a complete dismissal effectuated.

DATED:  November 21, 2025          McGuireWoods LLP

                                   */s/ Daria Clecicov*
                                   _____
                                   Shaun H. Crosner
                                   Daria Clecicov
                                   Attorneys for Plaintiff Jeremy R. Whiteley


DATED: November 21, 2025          DKM LAW GROUP, LLP

                               By: */s/ Joshua N. Kastan*
                                   _____
                                   Joshua N. Kastan
                                   Attorneys for Defendant USAA Casualty
                                   Insurance Company

**JOINT NOTICE OF CONDITIONAL SETTLEMENT**

## ATTESTATION

Pursuant to L.R. 5-4.3.4, I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.  I further attest that I have on file documentation of their authorization.

Dated: November 21, 2025          DKM LAW GROUP, LLP

By: */s/ Joshua N. Kastan*
_____
Joshua N. Kastan
Attorneys for Defendant USAA Casualty
Insurance Company

3

**JOINT NOTICE OF CONDITIONAL SETTLEMENT**