Shaun H. Crosner (SBN 259065)
SCrosner@McGuireWoods.com
Daria Clecicov (SBN 340760)
DClecicov@McGuireWoods.com
McGuireWoods LLP
1800 Century Park East, 8th Floor
Los Angeles, CA 90067
Telephone: (310) 315-8200
Facsimile: (310) 315-8210

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY R. WHITELEY,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>USAA CASUALTY INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No. 2:24-cv-00138-FLA-MAA<br><br>Assigned to All Purposes to Hon. Fernando L. Aenlle-Rocha<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br><br><br>Complaint Filed on January 5, 2024 |

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and among plaintiff Jeremy R. Whiteley ("Whiteley") and Defendant USAA Casualty Insurance Company ("USAA"), by and through their respective counsel of record, that based upon a settlement agreement entered into by Whiteley and USAA, this entire action shall be voluntarily dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own attorneys' fees and costs.

DATED: February 23, 2026          McGuireWoods LLP

                                  By:  /s/ Daria Clecicov
                                  Shaun H. Crosner
                                  Daria Clecicov
                                  Attorneys for Plaintiff Jeremy R. Whiteley

DATED: February 23, 2026          DKM LAW GROUP, LLP

                                  By:  /s/ Joshua N. Kastan
                                  Joshua N. Kastan
                                  Jessica J. Ross
                                  Attorneys for Defendant USAA Casualty Insurance Company

2

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

## ATTESTATION

Pursuant to L.R. 5-4.3.4, I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.  I further attest that I have on file documentation of their authorization.

Dated: February 23, 2026                    McGuireWoods LLP

                                            By: */s/ Daria Clecicov*
                                                 Daria Clecicov
                                                 Attorneys for Plaintiff Jeremy R. Whiteley

---

3

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**